NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COT'N WASH INC., BIG 3 PACKAGING LLC,**
*Plaintiffs-Appellants*

**v.**

**SUN PRODUCTS CORPORATION,**
*Defendant-Appellee*

---

2014-1805

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00651-SLR, Judge Sue L. Robinson.

---

**JUDGMENT**

---

STEVEN MOLO, MoloLamken LLP, New York, NY, argued for plaintiffs-appellants. Also represented by BENOIT QUARMBY; ERIC RICHARD NITZ, ROBERT KELSEY KRY, Washington, DC.

ERROL TAYLOR, Milbank, Tweed, Hadley & McCloy, LLP, New York, NY, argued for defendant-appellee. Also represented by FREDRICK ZULLOW, ANNA BROOK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 4, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |